① 

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 14 2025
JEFFREY P. COLWELL
CLERK

(April 8, 2025)

Dear Mr. or Mis. Attorney General,

My name is Terrance Henderson. On Feb 22, 2025 I was arrested for a warrent from June 26, 2024, I was incarcerated by Montebello District 5 Police Department. June 19, 2024. The Distic 5 Police came to my resident and illegally took 100/80 (lbs) pounds Concetrated Marrijuana wax and oits. Book value of $468,900 which I had stored in my garage. They had been to our resident including phone calls 47 times of the majoridy. They hardly made arrest except a few times. In this case I was arrest June 20, 2025, I went home pack my belonging which Latonya Simmon knew I was fead up with her Drinking and calling Police on me. All of my belonging was in our garage which we have been together for 13 yrs plus. The police report stated, she let them in our house and gave them consent to search my area and they conhersed her. Ms. Simmon allowed the Police of Montebello to take my Marrijuana which I had been growing for over 11 yrs, Ever since I Terrance Henderson have had my license since legalization of Marrijuana. Ms. Simmon has been very vindictive along with her childred of 18 plus yrs., to devour me Mentally physically Emotionally. I told the district 5 Montebello Police when I was apprehened, and brought to the precint, that I was legally certified. They had other R plans which I was rascial profiled. They chosed to ignor my plea. I ask them where was my Marrijuana, due to the fact I was arrest, they laugh at me, and a squad car 45 min later. They brought me to the Denver Downtown Detention Center. I was here for 103 days I was attack by A Mr Oscar Castillo-Ochoa case # RE: 24M4247 I had to be taken to the hospital, where I received 4 stiches in my face next to my nose and received a chipped touth July 24, 2024. I was released Oct. 3, 2024 to Probation. I told my probation officer I was homeless and He said he would help me which lead to me bouncing from house to house.

② Therefore I never recieved help from Mr Andrew Miller. I Then had stayed with a person who I thought was my Brother figure, Mr Scott Pillard. He allow me to have my Marrijuana at His house and decide to set me up by his roomates to be robbed. I was told to get out in the middle of the winter, where three carcasian males and 1 female. One male struck me in my left arm and the other male strucked me in my other arm leaving tramatic truma, the other male then hit me in the head after being humiliated in front of his female before, she sliced me with a RAZor sharp, 7 to 8 inch hook Knife, across my left upper arm. When I was hit in the head that night. I jumped scared for my life, when they rob me. They made me empty my Pockets and took money, coat, and Vasage glasses cost $900.00 bucks when I bought them two yrs ago. They allowed me to leave their residents, but what I Didn't Know was the Denver Police was in the alley they took 100/50 pounds from me then. That case is still on going now. It's in evidence I'm wait to here from Ms Silvia from the Victim Advacate, phone # 720-913-9251. They all was arrest, Ecept one Roomate name Josph was released because he didn't participate into their folly and malicious activities. Therefore that leads me back to the hospital I where one of the arresting arresting officer, was in the alley of Feb 6, 2025 and the night I was arrested on Feb 22, 2025. Feb 22, 2025 The District 2 Police Department of Park Hill. A Sargent on the black of 38th and Newport was call at appoximately 11:42. A sargent was called by A lady name Miss, Janie Mae Henderson which happen to be my great aunt in her 70's. I arrived upon her front lawn which I had came from my place of grow and received my portion which was 100/50 due to me being homeless I had

No where to go. I knock on her door, not realizing it was Feb. 22, 2025 11:40 p.m. at night, in blizzard with two Hoodies on 1(one) pair of pants, no coat due to mind getting stolen on Feb 6, 2025. I Terrance Hendensen, proceeded to knock on her door. She couldn't recognized me, so she called Park Hill District #2 P.D. I knocked again upon the arrival of the sargent on that of the above date. I saw his vehicle raded past her house once, while heading twards Martin Luther King Dr AND turned around as he shined his squade car outside lamp and pull up at the corn which her house sat At the very last house on the coner. When he pulled up I Terrance Hendersen, walked twards the Sargents car as he shined his lamp at my body and face. I told him everything was fine this is my aunts home and she owns the house. Also I told him I was homeless and license, and I did not realize how late it was. Therefore I know my aunt wasn't aware of me coming over so late, and that I normally call first. Due to the weather and how late it was I rather knock and get chesties than Rather freezed to death with 3% of battery on my phone. Even though I had called a friend for a ride and he was on his way! By that time he asked for my I.D. and I gave it to him and he said I had a probation warrent as wel' as a Distribution and Manufacturing dangerous Marrijunna and I told him as he called for backup and it was the same officer that was on the sleen of the incident over at Yosimite and Colfax where I was struck in the head with the illuminum bat! The Sargent place cuffs on me and told my auntie that he was taking me in custody because of the warrents. The sargent told me he wasn't go to charge me but he's taking my marrijunna 100/50(lbs) pounds. At that point the officer started talking where I couldn't hear outside of his assistance car The officer who had just arrived from the area of the where I was vitimized. They grabbed both big black bags, seized and brought me hre to the Denver Downtown Detention Center. Where I am currently at right now. Upon my arrival I was mistreat by classification. A depty 3rd shift Hispanic Lady started A arguement with me so I never had A chance to use the phone nor collect my numbers out my personal phone, like Everyone else. I told her I was going file grievance which finally did and the grievance sargent declined me because I never heard back after 10 days. So I put another one in and He declind my request BECAUSE I Put A Second one in WOW!

No where to go. I knock on her door, not realizing it was Feb. 22, 2025 11:40 p.m. at night, in Blizzard. With two Hoodies on, 1(one) pair of pants, no coat due to mind getting stolen on Feb 6, 2025. I Terrance Henderson, proceeded to knock on her door. She couldn't recognized me, so she called Park Hill District #2 P.D. I knocked again upon the arrival of the sargent on that, of the above date. I saw his vehicle raded past her house once, while heading twards Martin Luther King Dr. and turned around as he shined his squade car outside lamp and pull up at the corn which her house sat At the very last house on the corner. When he pulled up I Terrance Henderson, walked twards the Sargents car as he shined his lamp at my body and face. I told him everything was fine this is my aunts home and she owns the house. Also I told him I was homeless and license, and I did not realize how late it was. Therefore I know my aunt wasn't aware of me coming over so late, and that I normally call first. Due to the weather and how late it was I rather knock and get chesties than Rather freezed to death with 3% of battery on my phone. Even though I had called a friend for a ride and he was on his way. By that time he asked for my I.D. and I gave it to him and he said I had a probation warrent as well as a Distribution and Manufacturing dangerous Marrijunra and I told him as he called for backup and it was the same officer that was on the sleen of the incident over at Yosimite and Colfax where I was struck in the head with the illuminium bat! The Sargent place cuffs on me and told my auntie that he was taking me in custody because of the @warrents. The sargent told me he wasn't go to charge me but he's taking my marrijunna 100/50(lbs) pounds. At that point the officer started talking where I couldn't hear outside of his assistance car. The officer who had just arrived from the area of the where I was vitimized. They grabbed both big black bags, seized and brought me here to the Denver Downtown Detention Center. Where I am currently at right now. Upon my arrival I was mistreat by classification. A depty 3rd shift Hispanic Lady started A arguement with me so I never had A chance to use the phone nor collect my numbers out my personal phone, like Everyone else. I told her I was going file grievance which finally did and the grievance sargent declined me because I never heard back after 10 days. So I put another one in and He declind my request BECAUSE I put A second one in WOW!

A

Finally I was stripped from my risk band. She sent me upstairs, changing my risk band from 2-B to 2C which means I won't be able to be in a open pod. In other words controlled movement. I would come out one hr per day. Meanwhile Feb. 24, 2025 I Terrance L. Henderson had talked to the nurse, and she said I was bottom bunk restricted, and she came to my cell doorway, with a female deputy sheriff to give my cellmate his medication. I told her several times that my back was hurting, as well as I told the nurse to have me assigned to a bottom bunk. I was tossing on the floor all through the night. Around 10:20AM I climed on the top bunk, and around 12:43pm, I fell off the top bunk and CRACK the majority of my teeth in my mouth including the right front tooth. My head neck and face is hurting extremley, I am inigent and I have been 28 days, mouth bleeding! With no support at all. I have two head concussions and my eye sight is blury and I fell like I have nothing to live for so I'm giving me a chance to check with a mental Health Counceler. Please understand I'm very almost over the edge. I'm hoping to be getting out in May. I stay in here 28 day before Case # (D016205CR) was dismissed (001067)
#D016205CR001067

Respectfully and Sincerely
Terrance L. Henderson
*Terrance L. Henderson*

($532,900) 4,000' for Land Fee

TERRANCE HENDERSON
**Denver Sheriff Department**
**P.O. Box 1108**
**Denver, CO 80201**

DENVER CO 802

AlFRED A. ARRAJ U.S. COURTHOUSE
FEDERAL GOVERNMENT OFFICE
901 19th Street
DENVER, COLORADO 80294

US POSTAGE IMI PITNEY BOWES
ZIP 80204 $ 000.69
0000345735 APR 10 2025

**Legal Mail**

80294-250099